PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB -9 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Vincente Rodriguez          Case Number: 2:01CR02022-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 9/5/2001          Type of Supervision: Supervised Release

Original Offense: Distribution of a Mixture Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1)          Date Supervision Commenced: 12/11/2003

Original Sentence: Prison - 37 Months; TSR - 36 Months          Date Supervision Expires: 12/10/2006

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On October 17, 2005, Mr. Rodriguez submitted a urine sample which tested presumptive positive for methamphetamine. The defendant admitted to using methamphetamine on October 14, 2005, and acknowledged having a substance abuse problem. As a corrective measure, the defendant entered and successfully completed a 21-day inpatient treatment program at Sundown M Ranch on February 5, 2006. In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Respectfully submitted,

by  *[signature]*

Jose Vargas
U.S. Probation Officer
Date: February 8, 2006

Prob 12B
**Re: Rodriguez, Vincente**
**February 8, 2006**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above   *FVS*
[ ]   Other

_Fred Van Sickle_
Signature of Judicial Officer

_February 9, 2006_
Date